FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB 15 PM 3: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STANLEY ROBINSON** | ) C.A. NO. | **08 - 1008** |
| Plaintiff, | ) | |
| v. | ) DIVISION: | **SECT. T MAG. 1** |
| **THEREX, INC.** | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant, Therex, Inc. ("Therex"), petitions for removal of an action instituted by plaintiff, Stanley Robinson, ("plaintiff") against defendant, currently pending in the Thirty-Second Judicial District Court for the Parish of Terrebonne, Docket No. 153334. Petitioner respectfully shows that:

1. Defendant herein, Therex, Inc., is a corporation incorporated by the State of Delaware, and having its principal place of business in Tennessee.

2. On January 10, 2008, plaintiff instituted an action against defendant in the Thirty-Second Judicial District Court for the Parish of Terrebonne, by filing in

Fee $350
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

said Court the initial pleading a Petition for Damages, setting forth an action against defendant for alleged negligence. (See Exhibit A). Plaintiff avers that he is domiciled in the State of Louisiana.

3. A copy of plaintiffs' Petition was served on January 16, 2008, by service of the petition on Therex' registered agent, Corporation Service Company. Less than thirty days have transpired since the Petition was served, and the thirty day time period to remove this action has not expired.

4. Therex files with this Petition for Removal a copy of plaintiffs' Citation and Petition in the State District Court action, (Exhibit A), and Plaintiffs Interrogatories, Request for Admissions, and Request for Production of Documents (Exhibit B) which are all the process, pleadings, and orders served upon defendant in said action.

5. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that it is a civil action wherein, upon information and belief, the matter in controversy may exceed the requisite jurisdictional amount, exclusive of interest and costs, and is between citizens of different states.

6. The jurisdictional amount of $75,000 is satisfied in that plaintiffs' Petition claims economic and general damages including "unnecessary pain and suffering, loss of enjoyment of life, loss of income, medical expense, past

and present, deterioration of general health, and past and future mental pain and suffering."

**WHEREFORE**, pursuant to 28 U.S.C. § 1332, defendant removes to the United States District Court for the Eastern District of Louisiana, the action commenced by plaintiff in the Thirty-Second Judicial District Court for the Parish of Terrebonne, State of Louisiana, *Stanley Robinson versus Therex, Inc.*, pending under Docket No. 153334, and asks this Court to issue any necessary orders and process for the aforesaid action to proceed in this Court.

ROBERT E. KERRIGAN, Jr. (#7350)
ISAAC H. RYAN (#23925)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
Attorneys for Defendant,
THEREX, INC.

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the Petition for Removal and Notice to Counsel of Petition for Removal were served on the attorneys listed below, via U.S. Mail, this 15th day of February, 2008.

Pamela Ashman
10101 Siegen Lane, Suite A, Bldg 4
Baton Rouge, LA 70810



ISAAC H. RYAN*

@PFDesktop\::ODMA/MHODMA/DKSDMS;DKS;632619;1