UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STANLEY ROBINSON** | * | CIVIL ACTION |
| | * | |
| | * | **CASE # 08-1008** |
| | * | |
| Plaintiff | * | SECTION "C" |
| | * | |
| *Versus* | * | |
| | * | MAGISTRATE SHUSHAN |
| **THEREX, INC.** | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Stanley Robinson and defendant Therex, Inc. who jointly move to dismiss this action without prejudice, each party to bear its own costs.

The dismissal has been explained discussed with Mr. Robinson and he is in agreement.

**WHEREFORE**, plaintiff, Stanley Robinson and defendant, Therex, Inc. pray that an order issue from this Court dismissing this action without prejudice, each party to bear its own costs.

**RESPECTFULLY SUBMITTED**,

/s/ Pamela L. Ashman
PAMELA L. ASHMAN (Bar no. 21450)
ATTORNEY AT LAW
10101 Siegen Lane, Bldg. 4, Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 769-2557
Facsimile: (769-2990)
Email: plashman@cox.net

and

/S/Isaac H. Ryan

ROBERT E. KERRIGAN, Jr. (#7350)
ISAAC H. RYAN (#23925)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-5141
Fax:  (504) 566-1201
Attorneys for Defendant,
THEREX, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on    January 13, 2009                I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert E. Kerrigan
Isaac H. Ryan

/s/ Pamela L. Ashman
PAMELA L. ASHMAN (Bar no. 21450)
ATTORNEY AT LAW
10101 Siegen Lane, Bldg. 4, Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 769-2557
Facsimile: (769-2990)
Email: plashman@cox.net