## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **STANLEY ROBINSON** | * | **CIVIL ACTION** |
|  | * |  |
|  | * | **CASE # 08-1008** |
|  | * |  |
| **Plaintiff** | * | **SECTION "C "** |
|  | * |  |
| *Versus* | * |  |
|  | * | **MAGISTRATE SHUSHAN** |
| **THEREX, INC.** | * |  |
|  | * |  |
| **Defendant** | * |  |

*********************************************

## ORDER

Considering the above and foregoing *Joint Motion to Dismiss*,

**IT IS ORDERED** that this matter be, and hereby is, dismissed without prejudice, each

party to bear its own costs.

New Orleans, Louisiana this _____ day of January, 2009.

<br>

_____
**J U D G E**