UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STANLEY ROBINSON** | * | CIVIL ACTION |
| | * | |
| | * | CASE # 08-1008 |
| | * | |
| Plaintiff | * | SECTION "C" |
| | * | |
| *Versus* | * | |
| | * | MAGISTRATE SHUSHAN |
| **THEREX, INC.** | * | |
| | * | |
| Defendant | * | |

*******************************************

## ORDER

Considering the above and foregoing *Joint Motion to Dismiss*,

**IT IS ORDERED** that this matter be, and hereby is, dismissed without prejudice, each party to bear its own costs.

New Orleans, Louisiana this __14th__ day of January, 2009.


_____
J U D G E